**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br>Rosa A. Fridman<br><br>DEBTOR(S). | DISTRICT COURT CASE NUMBER<br>SACV22-142-PA<br>BANKRUPTCY COURT CASE NUMBER<br>8:-21-bk-010513-ES<br>ADVERSARY CASE NUMBER<br>8:-21-ap-01023-ES |
| v.<br><br>APPELLANT(S),<br><br><br>APPELLEE(S). | **NOTICE OF DEFICIENCIES IN**<br>**APPEAL FROM BANKRUPTCY COURT** |

PLEASE TAKE NOTICE that the following issue(s) have been identified regarding this appeal:

1) Lack of Jurisdiction

   ☐ The order being appealed was never entered on the Bankruptcy Court Docket. (Fed. R. Bankr. P. 8002 and 9021)

   ☐ The Notice of Appeal was filed beyond the fourteen (14) day time period allowed. (Fed. R. Bankr. P. 8002 and 9006)

   Date of entry of order being appealed: _____

   Date of filing of Notice of Appeal: _____

2) Lack of Prosecution by Appellant

   It appears that Appellant has failed to:
   ☐ Pay the filing fee (28 U.S.C. § 1930(b) and (c)). Fees must be submitted to the U.S. Bankruptcy Court, Central District of California, within 14 days from the notice issued by the Bankruptcy Clerk.
   ☐ File the statement of issues (Fed. R. Bankr. P. 8009)
   ☐ File the designation of record (Fed. R. Bankr. P. 8009)
   ☐ File a transcript order notice, which is required whether or not Appellant wishes to include a transcript in the record (Fed. R. Bankr. P. 8009; Fed. R. App. P. 10(b)(1); 9th Cir. R. 10-3)
   ☐ File the transcript(s) (Fed. R. Bankr. P. 8009, 8010)
      ☐ Fees for transcript(s) not paid
      ☐ Extension of time granted.  New deadline _____
   ☐ Complete the record (reasons why unknown)
   ☐ File an opening brief (Fed. R. Bankr. P. 8018)
   ☒ Other  Does not include entered stamped copy of order, judgment, or decree.
   _____

3) Other

   ☐ Certification of Interested Parties was not submitted in accordance with Rule 2.1 of the Local Rules Governing Bankruptcy Appeals, Cases, and Proceedings (Chapter IV).

Clerk, U.S. District Court

Dated: January 27, 2022

By: C. Sawyer
Deputy Clerk

*cc: Assigned District Judge*

CV-28 (07/19)   NOTICE OF DEFICIENCIES IN APPEAL FROM BANKRUPTCY COURT