Name: Karl Avetoom

Address: 1100 Rutland Road #9

Newport Beach, CA 92660

Phone Number: (949) 929-4787

Email Address: kia002@att.net

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

02/02/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Rosa Fridman

PLAINTIFF(S)

v.

Karl Avetoom,  Karl T. Anderson (Trustee)

DEFENDANT(S)

CASE NUMBER

8:22-cv-00142-PA

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☐ Plaintiff  ☒ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Feb 2, 2022

Signature: /s/ Karl Avetoom

CV-005 (02/20)   APPLICATION FOR PERMISSION FOR ELECTRONIC FILING