UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROSA FRIDMAN | Case No: 8:22-cv-00142-PA |
| | Bank. Case: 8:21-bk-10513-ES |
| | Adv. Proceeding No: 8:21-ap-01023-ES |
| | ORDER |

The Court, having reviewed Appellee Karl Avetoom's Application For Permission For Electronic Filing (the "Application") for the above entitled matter, and upon good cause showing, hereby GRANTS the Application.

IT IS SO ORDERED.

DATED: February 07, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON APPLICATION FOR PERMISSION FOR ELECTRONIC FILING